# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 10-20105

United States Courts
Southern District of Texas
FILED

APR 2 6 2010

David J. Bradley, Clerk of Court

DEREK CARDER, an Individual, on Behalf of Himself and all Others Similarly Situated; MARK BOLLETER, an Individual, on Behalf of Himself and all Others Similarly Situated; DREW DAUGHTERTY, An Individual, on Behalf of HImself and all Others Similarly Situated; ANDREW KISSINGER, An Individual, oin Behalf of Himself and all Others Similarly Situated,

    Plaintiffs - Appellants

v.

CONTINENTAL AIRLINES, INC., a Delaware Corporation,

    Defendant - Appellee

Appeals from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

    Under 5th Cir. R.42.3, the appeal filed February 24, 2010 is dismissed this 19th day of April, 2010, for want of prosecution. The appellant failed to timely pay the docketing fee.

                                    Clerk of the United States Court
                                    of Appeals for the Fifth Circuit

                                    By: _____
                                    Claudia N. Farrington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

United States Courts
Southern District of Texas
FILED

April 19, 2010

APR 2 6 2010

David J. Bradley, Clerk of Court

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Avenue
Room 5300
Houston, TX 77002

    No. 10-20105, Derek Carder, et al v. Continental Airlines, Inc.
              USDC No. 4:09-CV-3173

Enclosed is a copy of the judgment issued as the mandate as to the notice of appeal filed February 24, 2010.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Claudia N. Farrington, Deputy Clerk
        504-310-7706

cc: w/encl:
    Mr. Charles Michael Billy
    Mr. Brian J Lawler
    Mr. Jeffrey C. Londa
    Mr. Gene Joseph Stonebarger
    Ms. Alexandra Gail Taylor

P.S. to Counsel: The case remains open as to the appeal granted on February 18, 2010.