UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEREK CARDER, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-09-3173 |
| | § § | |
| CONTINENTAL AIRLINES, INC., *et al*, | § § | |
| Defendants. | § | |

## NOTICE OF SETTING

The parties are hereby notified that a status/scheduling conference is set for **May 25, 2010 at 8:30 a.m.** and will be handled as a **telephone conference.** Counsel who filed or removed the action is responsible for placing the conference call and insuring that all parties are on the line. The call shall be placed to (713) 250-5613.

The parties must comply with Fed. R. Civ. P. Rule 26(f) and shall file a joint report of meeting and joint discovery/case management plan by May 21, 2010.

Date: May 12, 2010              DAVID BRADLEY, CLERK

                                By: D. Palacios, Deputy Clerk