# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 10-20105

_____

DEREK CARDER, an Individual, on Behalf of Himself and all Others Similarly Situated; MARK BOLLETER, an Individual, on Behalf of Himself and all Others Similarly Situated; DREW DAUGHTERTY, An Individual, on Behalf of HImself and all Others Similarly Situated; ANDREW KISSINGER, An Individual, oin Behalf of Himself and all Others Similarly Situated,

       Plaintiffs - Appellants

v.

CONTINENTAL AIRLINES, INC., a Delaware Corporation,

       Defendant - Appellee

_____

Appeals  from the United States District Court for the
Southern District of Texas, Houston

_____

CLERK'S OFFICE:

    Under 5th Cir. R.42.3, the appeal filed February 24, 2010 is dismissed this 19th day of April, 2010, for want of prosecution.  The appellant failed to timely pay the docketing fee.

           Clerk of the United States Court
           of Appeals for the Fifth Circuit

           _Claudia N. Farrington_

           By: _____
           Claudia N. Farrington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 19, 2010

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Avenue
Room 5300
Houston, TX 77002

        No. 10-20105,  Derek Carder, et al v. Continental Airlines,
                       Inc.
                USDC No. 4:09-CV-3173

Enclosed is a copy of the judgment issued as the mandate as to
the notice of appeal filed February 24, 2010.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Claudia N. Farrington*
                        By: _____
                        Claudia N. Farrington, Deputy Clerk
                        504-310-7706

cc: w/encl:
     Mr. Charles Michael Billy
     Mr. Brian J Lawler
     Mr. Jeffrey C. Londa
     Mr. Gene Joseph Stonebarger
     Ms. Alexandra Gail Taylor


P.S. to Counsel:  The case remains open as to the appeal
     granted on February 18, 2010.